UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN MANABAT,<br><br>            Plaintiff,<br><br>      v.<br><br>COLLECTCORP, NICHOLAS C. WILSON, individually and in his official capacity,<br><br>            Defendants. | Case Number 11-cv-06204 NC<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by **February 22, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 29, 2012, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

DATED: January 17, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-06204 NC
ORDER OF CONDITIONAL DISMISSAL