UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN MANABAT,<br><br>           Plaintiff,<br><br>           v.<br><br>COLLECTCORP, NICHOLAS C. WILSON, individually and in his official capacity,<br><br>           Defendants. | Case Number 11-cv-06204 NC<br><br>**STANDBY ORDER OF DISMISSAL** |

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by **February 22, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 29, 2012, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

    DATED: January 17, 2012

                                                    NATHANAEL M. COUSINS<br>
                                                    United States Magistrate Judge