UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - OAKLAND DIVISION

| | |
|---|---|
| SUSAN MANABAT, an individual, | ) Case No. 11-CV-06204 NC |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING<br>) JOINT STIPULATION AND MOTION |
| vs. | ) TO DISMISS ENTIRE ACTION WITH<br>) PREJUDICE |
| COLLECTCORP; NICHOLAS C.<br>WILSON, individually and in his official<br>capacity, | ) |
| Defendant. | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action With Prejudice filed in this action, the above-captioned action is hereby dismissed in its entirety with prejudice. The parties will bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: February 22, 2012

_____
HON. NATHANAEL M. COUSINS
UNITED STATES DISTRICT JUDGE

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:  619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant Collectcorp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO - OAKLAND DIVISION

| | |
|---|---|
| SUSAN MANABAT, an individual, ) | Case No.  11-CV-06204 NC |
| ) | |
| Plaintiff, ) | JOINT STIPULATION AND MOTION |
| ) | TO DISMISS ENTIRE ACTION WITH |
| vs. ) | PREJUDICE |
| ) | |
| COLLECTCORP; NICHOLAS C. ) | |
| WILSON, individually and in his official ) | |
| capacity, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Collectcorp Corporation and Plaintiff Susan Manabat, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed, in its entirety, with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties will bear their own attorneys fees and costs.

Dated: 2.6.2012

THE BERG LAW GROUP

/s/Irving L. Berg
Irving L. Berg
Attorney for Plaintiff
Susan Manabat

Dated: 2-6-2012

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg
Attorney for Defendant
Collectcorp Corporation